Celia McGuinness (SBN 159420)
Deborah Gettleman (SBN 267309)
Derby McGuinness & Goldsmith LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612
Phone: (510) 987-8778
cmcguinness@dmglawfirm.com
dgettleman@dmglawfirm.com

Todd Espinosa (SBN 209591)
Law Office of Todd Espinosa
2000 Broadway Street
Redwood City, California 94063
650-241-3873 telephone
650-409-2550 facsimile
tie@toddespinosalaw.com

*Attorneys for Plaintiff Curtis Kelley*

Karen K. McCay (SBN 187664)
Eric J. Stephenson (SBN 282305)
Pahl & McCay, a Professional Law Corporation
225 West Santa Clara St., Suite 1500
San Jose, CA 95113
Main: (408) 286-5100
Email: estephenson@pahl-mccay.com

*Attorneys for Defendants Related Management Company, L.P. and All Hallows Preservation, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS KELLEY,<br><br>    Plaintiff,<br><br>v.<br><br>RELATED MANAGEMENT COMPANY, L.P., and ALL HALLOWS PRESERVATION, L.P.<br><br>    Defendants. | CASE NO. 3:22-cv-04458-SK<br><br>**STIPULATION AND ORDER STRIKING AFFIRMATIVE DEFENSES WITH LEAVE TO AMEND**<br><br>Before: Hon. Sallie Kim<br>Date:  November 7, 2022<br>Time:  9:30 a.m. |

*Kelley v. Related Management Company, L.P., et al.*, CASE NO. 3:22-cv-04458-SK
STIPULATION AND ORDER

On September 27, 2022, Plaintiff Curtis Kelley ("Plaintiff") filed a motion pursuant to Federal Rule of Civil Procedure 12(f) to strike the nineteen affirmative defenses set forth in the answer of Defendants Related Management Company, L.P. and All Hallows Preservation, L.P. ("Defendants").  *See* Dkt. Nos. 12 and 15.

In order to resolve Plaintiff's pending motion without the further expenditure of time and resources by the Court or counsel, Plaintiff and Defendants respectfully submit this stipulated request for the Court's issuance of the following proposed order.

                                                      Respectfully submitted and stipulated to,

Dated:   October 14, 2022          */s/ Todd Espinosa*
                                        Todd Espinosa
                                        LAW OFFICE OF TODD ESPINOSA

                                        Celia McGuinness
                                        Deborah Gettleman
                                        DERBY, McGUINNESS & GOLDSMITH, LLP

                                        *Attorneys for Plaintiff Curtis Kelley*


Dated:   October 14, 2022          */s/ Eric J. Stephenson*
                                        Eric J. Stephenson
                                        PAHL & McCAY
                                        A Professional Law Corporation

                                        *Attorneys for Defendants Related Management Company, L.P. and All Hallows Preservation, L.P.*

**Civ. L.R. 5-1 Attestation** — I attest that the signatories to this document have concurred in its filing.      */s/ Todd Espinosa*

**ORDER**

The nineteen affirmative defenses set forth Defendants' answer (Dkt. No. 12) are stricken pursuant to Federal Rule of Civil Procedure 12(f).

Defendants are granted leave to amend as to their second, third, fourth, fifth, twelfth, thirteenth, eighteenth and nineteenth affirmative defenses in accordance with the Federal Rules of Civil Procedure, to the extent that they can allege facts sufficient to support each affirmative defense. No other leave to amend is granted.

Defendants shall file their amended answer within fourteen calendar days after the date of this order.

Plaintiff's pending motion to strike (Dkt. No. 15) is withdrawn and the November 7, 2022, hearing on that motion is taken off calendar.

**IT IS SO ORDERED**.

Dated: October 14, 2022

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE