Celia McGuinness (SBN 159420)
Deborah Gettleman (SBN 267309)
Derby McGuinness & Goldsmith LLP
1999 Harrison Street, Suite 1800
Oakland, California 94612
Phone: (510) 987-8778
cmcguinness@dmglawfirm.com
dgettleman@dmglawfirm.com

Todd Espinosa (SBN 209591)
Law Office of Todd Espinosa
2000 Broadway Street
Redwood City, California 94063
650-241-3873 telephone
650-409-2550 facsimile
tie@toddespinosalaw.com

*Attorneys for Plaintiff Curtis Kelley*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> RELATED MANAGEMENT COMPANY, L.P., and ALL HALLOWS PRESERVATION, L.P. <br><br> Defendants. | CASE NO. 3:22-cv-04458-SK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF CURTIS KELLEY'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Before: Hon. Sallie Kim <br> Date:  September 18, 2023 <br> Time:  9:30 a.m. |

# ORDER

For good cause shown, the motion of Plaintiff Curtis Kelley to strike Defendants Related Management Company, L.P. and All Hallows Preservation, L.P. ("Defendants") first, third, fourth, fifth and sixth affirmative defenses set forth in Defendants' Answer to the Amended Complaint is **GRANTED.**

Defendants' first, third, fourth, fifth and sixth affirmative defenses are stricken without leave to amend.

**IT IS SO ORDERED.**

Dated: _____        _____
HON. SALLIE KIM
U.S. MAGISTRATE JUDGE